ROBERTA L. STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
JAMES H. BAKER, SBN 291836 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA  94102
Telephone No. (650) 684-0950
Fax No. (415) 522-3425
James.Baker@eeoc.gov

*Attorneys for Plaintiff EEOC*

DIANE AQUI, SBN 217087 (CA)
SMITH DOLLAR PC
418 B Street, Fourth Floor
Santa Rosa, CA 95401
Telephone No. (707) 522-1100
Fax No. (707) 522-1101
daqui@smithdollar.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CAPPO MANAGEMENT XXIX, INC., d/b/a HARROLD FORD, and VICTORY AUTOMOTIVE GROUP, INC.<br><br>Defendants. | Case No.:  2:20-CV-02245-MCE-KJN<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO MEET AND CONFER** |

Plaintiff U.S. Equal Employment Opportunity Commission (EEOC) and Defendants Cappo Management XXIX, Inc. and Victory Automotive Group, Inc. submit the following stipulation and request that the Court extend the deadline for the parties to meet and confer pursuant to Federal Rule of Civil Procedures 26(f) (Rule 26(f)) and the Court's Initial Pretrial Scheduling Order (ECF 3, at

1  p.2):

2      1.      The EEOC filed its Complaint in this case on November 10, 2020 (ECF 1).

3      2.      On February 17, the EEOC granted Defendants a two-week extension of their

4  deadline to answer the Complaint.

5      3.      On March 3, Defendants filed their Answer to the Complaint (ECF 8).

6      4.      The current deadline for the Parties to meet and confer in accordance with the Initial

7  Pretrial Scheduling Order is March 22, 2021 (Meet and Confer Deadline).

8      5.      The parties will be unable to complete their Rule 26(f) meet and confer by March 22,

9  which is less than three weeks after Defendants answered the Complaint.

10     6.      Therefore, the parties seek to briefly extend the Meet and Confer Deadline two weeks

11 to April 5, 2021, to allow for adequate time to complete their meet and confer.

12     7.      No other discovery deadlines will be affected by this extension.

13     8.      The parties have not sought any prior extensions or modifications of the Initial

14 Pretrial Scheduling Order from the Court.

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Therefore, the Parties hereby stipulate and request that the Court grant the following relief:

A.    The deadline for the parties to meet and confer pursuant to Rule 26(f) shall be extended two weeks from March 22, 2021, to April 5, 2021.

IT IS SO STIPULATED.

Respectfully submitted:

Dated:  March 17, 2021                            */s/  James H. Baker*
                                                       James H. Baker
                                                       EEOC Senior Trial Attorney
                                                       *Attorneys for Plaintiff*

Dated:  March 17, 2021                            */s/ Diane Aqui*
                                                       Diane Aqui
                                                       Partner
                                                       Smith Dollar PC
                                                       *Attorneys for Defendants*

IT IS SO ORDERED.

Dated:  March 29, 2021

_[signature]_
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE