1  ROBERTA L. STEELE, SBN 188198 (CA)
   MARCIA L. MITCHELL, SBN 18122 (WA)
2  JAMES H. BAKER, SBN 291836 (CA)
   U.S. EQUAL EMPLOYMENT OPPORTUNITY
3  COMMISSION
   San Francisco District Office
4  450 Golden Gate Ave., 5th Floor West
   P.O. Box 36025
5  San Francisco, CA 94102
   Telephone No. (650) 684-0950
6  Fax No. (415) 522-3425
   james.baker@eeoc.gov

*Attorneys for Plaintiff*

   ELIZABETH ZARAH, Esq., SBN#: 182871 (CA)
   ZAREH & ASSOCIATES
   75 Broadway, Suite 202
   San Francisco, California 94111
   Telephone No. (415) 830-3031
   Facsimile No. (415) 830-3031
   elizabeth@zarehassociates.com

*Attorneys for Plaintiff-Intervenor*

   DIANE AQUI, SBN 217087 (CA)
   SMITH DOLLAR PC
   418 B Street, Fourth Floor
   Santa Rosa, CA 95401
   Telephone No. (707) 522-1100
   Fax No. (707) 522-1101
   daqui@smithdollar.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>      Plaintiff,<br><br>and<br><br>ARYAN RAHIMI, | Case No.: 2:20-CV-02245-MCE-KJN<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO SUBMIT DISCOVERY PLAN AND TO MODIFY RULE 26(F) INITIAL DISCLOSURES** |

| | |
|---|---|
| Plaintiff-Intervenor | |
| vs. | |
| CAPPO MANAGEMENT XXIX, INC., d/b/a HARROLD FORD, and VICTORY AUTOMOTIVE GROUP, INC. | |
| Defendants. | |

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC"), Plaintiff-Intervenor Aryan Rahimi ("Rahimi") and Defendants Cappo Management XXIX, Inc. and Victory Automotive Group, Inc. submit the following stipulation and request that the Court 1) extend the deadline for the parties to submit a Discover Plan pursuant to Local Rule (L.R.) 240(b), 2) extend the deadline for the parties to make Initial Disclosures, and 3) order that the parties may make Initial Disclosures in accordance with the Northern District of California's General Order No. 71 (Initial Discovery Protocols for Employment Cases Alleging Adverse Action):

1. On April 1, 2021, the EEOC and Defendants completed their previously scheduled Fed. R. Civ. P. 26(f) Conference.

2. Pursuant L.R. 240(b) and Fed. R. Civ. P. 26(f), respectively, the EEOC and Defendants must submit their proposed discovery plan and provide Initial Disclosures within fourteen days after the conference, in this case, by April 15.

3. The EEOC and Defendants continue to meet and confer concerning discovery, including the collection of Electronically Stored Information and the format of document productions.

4. On April 4, Rahimi filed her Complaint in Intervention (ECF No. 16), following the Court granting her Motion to Intervene on April 1 (ECF No. 15).

5. Plaintiff-Intervenor and Defendants have not yet completed their Fed. R. Civ. P. 26(f) Conference.

6. In the interest of efficiency, the parties seek additional time to prepare and to submit a single discovery plan, and to make Initial Disclosures after they have negotiated the collection and

production format of discovery.

7. To promote earlier disclosures of information that may facilitate a potentially prompt resolution of this lawsuit, the parties also seek the Court's permission to make Initial Disclosures in accordance with the Northern District of California's General Order No. 71 (Initial Discovery Protocols for Employment Cases Alleging Adverse Action) (Exhibit A) instead of Rule 26(a)(1). General Order No. 71, which was prepared by highly experienced employment lawyers, is intended to focus disclosures "on the type of information most likely to be useful in narrowing the issues for employment discrimination cases." *Id*. at *1-2. By its terms, General Order 71 supersedes parties' disclosure obligations under Fed. R. Civ. P. 26(a)(1) for certain employment cases. *Id*. at *1.

8. Therefore, the parties seek to set as May 17, 2021, the deadline both for the parties to file a Discovery Plan in accordance with L.R. 240(b), and to exchange Initial Disclosures in accordance with General Order No. 71.

9. No other discovery deadlines will be affected by this extension.

10. The only prior extension or modification of the Initial Pretrial Scheduling Order that the parties have sought from the Court was an extension of the deadline for the EEOC and Defendants to complete their Fed. R. Civ. P. 26(f) Conference. (ECF No. 14).

IT IS SO STIPULATED.

Dated: April 15, 2021  /s/ *Marcia L. Mitchell*
Marcia L. Mitchell
EEOC Supervisory Trial Attorney
*Attorneys for Plaintiff*

Dated: *Authorized on April 15*, 2021  /s/ *Elizabeth Zareh*
Elizabeth Zarah
Zareh and Associates
*Attorneys for Plaintiff-Intervenor*

Dated: *Authorized on April 15*, 2021  /s/ *Diane Aqui*
Diane Aqui
Partner
Smith Dollar PC
*Attorneys for Defendants*

## ORDER

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED as follows:

May 17, 2021, shall be the deadline for all parties to:

(1) File a Discovery Plan in accordance with L.R. 240(b);

(2) Exchange Initial Disclosures, which shall be made in accordance with Northern District of California's General Order No. 71 (Initial Discovery Protocols for Employment Cases Alleging Adverse Action).

IT IS SO ORDERED.

Dated: April 27, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE