ROBERTA STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
JAMES H. BAKER, SBN 291836 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA  94102
Telephone No. (650) 684-0950
Fax No. (415) 522-3425
james.baker@eeoc.gov

*Attorneys for Plaintiff EEOC*

Diane Aqui (SBN 217087)
SMITH DOLLAR PC
418 B Street, Fourth Floor
Santa Rosa, CA 95401
Telephone: (707) 522-1100
Facsimile: (707) 522-1101
daqui@smithdollar.com

*Attorneys for Defendants,*
*Cappo Management XXIX, INC. d/b/a Harrold*
*Ford and Victory Automotive Group, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CAPPO MANAGEMENT XXIX, INC. d/b/a HARROLD FORD and VICTORY AUTOMOTIVE GROUP, INC.<br><br>Defendants. | Case No.: 2:20-CV-02245-MCE-KJN<br><br>**ORDER ENTERING CONSENT DECREE** |

Having considered the stipulated Consent Decree of the parties filed concurrently herewith, IT IS HEREBY ORDERED THAT the Consent Decree be, and hereby is, approved as the final decree of this Court in full settlement of this action.  This lawsuit is hereby DISMISSED with

prejudice and without costs or attorneys' fees.  The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein until it expires according to its terms. The Clerk of Court is directed to close the case.

    IT IS SO ORDERED.

Dated:  January 19, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE